Peter Van Brussel, Appellee, v. Robert Bartlett, Trading as Robert Bartlett Realty Company, Appellant.

Gen. No. 43,457.

584

opinion
filed April 11, 1946; released for publication May 16, 1946. Robert D.
Thompson, for appellant; Richard E. Keogh, of counsel; James L. Kostka
and Oscar A. Knittel, for appellee. Opinion by PRESIDING JUSTICE FRIEND.
Not to be published in full.